UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRETT WAGNER,

       Plaintiff,

    v.

RON DAVIS, et al.,

       Defendants.

Case No.  13-cv-04767-JCS

**ORDER OF TRANSFER**

     Plaintiff alleges claims against his jailors at Valley State Prison in Madera County, which lies in the Eastern District of California.  This federal civil rights action is hereby TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district.  *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

     **IT IS SO ORDERED.**

Dated: March 28, 2014

_____

JOSEPH C. SPERO
United States Magistrate Judge